UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


UNITED STATES OF AMERICA      )
           )
v.                  )          No. 1: 04-CR-188
           )          *Judge Edgar*
GARY MICHAEL BROCK      )


## <u>ORDER</u>


      In accordance with the accompanying memorandum opinion, the motion by defendant

Gary Michael Brock for judgment of acquittal pursuant to Fed. R. Crim. P. 29(c), or alternatively,

motion for a new trial pursuant to Fed. R. Crim. P. 33, [Court Doc. No. 208] is **DENIED**.

      SO ORDERED.

      ENTER this 10th day of August, 2005.


                        */s/ R. Allan Edgar*
                        R. ALLAN EDGAR
           CHIEF UNITED STATES DISTRICT JUDGE